Certificate Number: 06531-ILN-DE-041303282

Bankruptcy Case Number: 26-11504



06531-ILN-DE-041303282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2026, at 9:57 o'clock PM CDT, Chennel D Cameron completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   August 8, 2026                By:      /s/Jacqueline Gonzalez Guillen

                                       Name:   Jacqueline Gonzalez Guillen

                                       Title:   Credit Counselor